UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 5:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANITA EARVIN, on behalf of,
ARNESHIA EARVIN,

    Plaintiff,

v.                            Civil No. 04-3060

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE ANSWER

---

The defendant's motion for additional time to file an answer is granted. The Commissioner shall file an answer by October 25, 2005.

_____
Judge, United States District Court
Date: Oct. 5, 2005


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-03060 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Anita Earvin
4642 Hedges Avenue
Memphis, TN 38128

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT